UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Diana Corea, et al.,

                    Plaintiff,                    18 CV 10354 (KMK)

-v-                                              CALENDAR NOTICE

Cafe Spice GCT, Inc.,

                    Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for a conference on Plaintiffs' Motion for Preliminary Approval of an FLSA Settlement before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, February 25, 2020 at 2:00 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least ten business days beforehand.

Dated: January 13, 2020
        White Plains, New York

                                                      So Ordered

                                                      Kenneth M. Karas, U.S.D.J