IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANA COREA, SINDY PINEDA, ISAAC RUNCIMAN, AMPARO CHAUCA, LAOS CARDOSO, AND JUANA CRUZ, Individually and on behalf of all others similarly situated as Class Representatives,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>CAFÉ SPICE {GCT}, INC. A/K/A CAFÉ SPICE INC. A/K/A CAFÉ SPICE GLOBAL CUISINE A/K/A ZAIKA FLAVORS OF INDIA; SUSHIL MALHOTRA; SAMEER MALHOTRA; PAYAL MALHOTRA; AND VIRGILIO FELIX,<br><br>　　　Defendants. | **MEMORANDUM OF LAW**<br><br>**Civil Action No. 7:18-cv-10354-KMK**<br><br>**COLLECTIVE AND CLASS ACTION** |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS SETTLEMENT AND DISMISSAL**

For the reasons set forth in the Plaintiffs' Memorandum of Law in Support of their Motion for Final Approval of Class Settlement and the Declaration of Robert McCreanor and supporting documents, the Parties respectfully request that the Court grant final approval of the Settlement Agreement, and:

1) grant final certification of the class for the purposes of settlement pursuant to federal and applicable state laws;

2) rule that the Settlement Agreement is fair, reasonable, and adequate, and binding on all Affected Class Members (as such term is defined in the Settlement Agreement);

1

3) enter final judgment in a form agreed to by the Parties in accordance with the Settlement Agreement;

4) dismiss the litigation with prejudice, subject to the Court's retention of jurisdiction to oversee enforcement of the Settlement Agreement;

5) order that Defendant transfer all funds due to the Qualified Settlement Fund in the timeframe specified by the Settlement Agreement;

6) order that the Claims Administrator distribute Settlement Checks from the Qualified Settlement Fund per the Settlement Agreement timing requirements, make all necessary tax reporting and withholding; and

7) authorize the Claims Administrator to pay its fees from the Settlement Fund on a regular basis as it performs the work set forth in the Settlement Agreement throughout the administration of this settlement.

Plaintiffs have attached a Proposed Order and a Proposed Final Judgment hereto.

Dated: June 5, 2020.

Respectfully Submitted,

*/s/ Robert McCreanor*
WORKER JUSTICE CENTER OF NY
Robert McCreanor
Laura Revercomb
John Marsella
9 Main Street
Kingston, NY 12401
(845) 331-6615
rmccreanor@wjcny.org

*Counsel for Plaintiffs*