**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIANA COREA, SINDY PINEDA, ISAAC RUNCIMAN, AMPARO CHAUCA, LAOS CARDOSO, AND JUANA CRUZ, Individually and on behalf of all others similarly situated as Class Representatives,<br><br>    Plaintiffs,<br><br>    v.<br><br>CAFÉ SPICE {GCT}, INC. A/K/A CAFÉ SPICE INC. A/K/A CAFÉ SPICE GLOBAL CUISINE A/K/A ZAIKA FLAVORS OF INDIA; SUSHIL MALHOTRA; SAMEER MALHOTRA; PAYAL MALHOTRA; AND VIRGILIO FELIX,<br><br>    Defendants. | **NOTICE OF MOTION**<br><br>**Civil Action No. 7:18-cv-10354-KMK**<br><br>**COLLECTIVE AND CLASS ACTION** |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SERVICE AWARDS TO THE NAMED PLAINTIFFS AND DESIGNATED OPT-INS AND CLASS COUNSEL'S FEES AND COSTS**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Service Awards to the Named Plaintiffs and Designated Opt-Ins and Class Counsel's Fees and Costs and the Declarations and supporting exhibits of John Marsella and Diana Saguilan, Plaintiffs respectfully request that the Court:

    1) approve the service awards to the Named Plaintiffs and Designated Opt-Ins; and

    2) approve Class Counsel's application for fees and costs.

Plaintiffs Proposed Order and Proposed Final Judgment are attached to Plaintiffs' Motion

1

for Final Approval of Class Settlement. *See* ECF Docket Entry 155-4 and 155-5.

        Respectfully submitted,

        */s/ John A. Marsella*
        John A. Marsella
        Counsel for Plaintiffs
        Worker Justice Center of New York
        1187 Culver Road
        Rochester, NY 14609
        Tel – 585-325-3050 ext. 2002
        Fax – 595-325-7614
        jmarsella@wjcny.org