IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANA COREA, SINDY PINEDA, ISAAC RUNCIMAN, AMPARO CHAUCA, LAOS CARDOSO, AND JUANA CRUZ, Individually and on behalf of all others similarly situated as Class Representatives,<br><br>Plaintiffs,<br><br>v.<br><br>CAFÉ SPICE {GCT}, INC. A/K/A CAFÉ SPICE INC. A/K/A CAFÉ SPICE GLOBAL CUISINE A/K/A ZAIKA FLAVORS OF INDIA; SUSHIL MALHOTRA; SAMEER MALHOTRA; PAYAL MALHOTRA; AND VIRGILIO FELIX,<br><br>Defendants. | **Civil Action No. 7:18-cv-10354-KMK**<br><br>**COLLECTIVE AND CLASS ACTION** |

**[~~PROPOSED~~] FINAL JUDGMENT**

WHEREAS, pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court provisionally certified a NYLL class on February 25, 2020 and approved the form of the Notice of Class Action Settlement ("Class Notice"), and authorized the mailing of Class Notices to the Qualified Class Members ("Preliminary Approval Order");

WHEREAS, on March 5, 2020, the Court granted preliminary approval of the Settlement Agreement and Release between the above-captioned Parties in this Litigation (the "Agreement");

WHEREAS, on ___June 17_____, 2020, the Court entered its Order Granting the Parties' Motion for Final Approval of the Class Settlement and Plaintiffs' Motion for Approval

1

of Attorneys' Fees, Reimbursement of Expenses, and Service Awards (the "Final Approval Order"), granting final approval to the settlement;

WHEREAS, in the Final Approval Order, the Court found that the Settlement is fair, reasonable, and adequate within the meaning of Federal Rule of Civil Procedure 23(e), the Fair Labor Standards Act, and all other applicable law;

WHEREAS, the Court has found that the Class Notices sent to the Affected Class Members (as defined in the Agreement) fairly and adequately informed the Affected Class Members of the terms of the settlement, was consistent with Federal Rule of Civil Procedure 23 and due process, and was given in the manner prescribed by the Agreement and the Preliminary Approval Order; and

WHEREAS, in the Final Approval Order, the Court approved the Settlement Administrator to make payments and distributions and take all measures described in the Agreement as called for in the Final Approval Order;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

This Court hereby enters final judgment in this case approving the Agreement as fair, reasonable, and adequate, and dismisses this case with prejudice, in accordance with the terms of the Agreement and the Final Approval Order.

Affected Class Members (as defined in the Settlement Agreement) received Notice under Rule 23(c)(2) and the Court finds them to be class members bound by this Final Judgment.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the Plaintiffs and all other Affected Class Members, and the Defendant for the purpose of supervising the implementation, enforcement, construction, and interpretation of the Agreement, the Preliminary Approval Order, the Final Approval Order, and this Final Judgment.

It is so ORDERED this __17th__ day of __June__, 2020.

_____
Honorable Kenneth M. Karas
United States District Judge